UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT ROMANO, | Case No. 3:14-cv-00187-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| LeGRANDE, et al., | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

By order filed October 20, 2014, the Court required respondents to file a response to the amended petition. (Dkt. no. 8.) In that same order, the Court denied petitioner's motion for the appointment of counsel. (*Id.*) Petitioner has filed a motion for reconsideration of the Court's denial of the appointment of counsel. (Dkt. no. 9.) When an interlocutory order is challenged, a district court may rescind, reconsider, or amend a previous order pursuant to its inherent power to modify interlocutory orders before the entry of final judgment. *City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 886-87 (9th Cir. 1987).

In the instant case, petitioner seeks reconsideration of this Court's denial of his motion for the appointment of counsel. Pursuant to 18 U.S.C. § 3006(a)(2)(B), the district court has discretion to appoint counsel when it determines that the "interests of justice" require representation. There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987);

*Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). In the order filed October 20, 2014, this Court determined that the petition on file is well-written and sufficiently clear in presenting the issues that petitioner wishes to bring, and that the issues in this case are not complex. Nothing in petitioner's motion for reconsideration causes this Court to alter its order denying the appointment of counsel.

It is therefore ordered that petitioner's motion for reconsideration of this Court's denial of the appointment of counsel (dkt. no. 9) is denied.

DATED THIS 3rd day of November 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE