UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT ROMANO,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:14-cv-00187-MMD-WGC

ORDER

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the Court for consideration on the merits. Following review, it appears that certain transcripts or audio recordings that were a part of Petitioner's trial have not been filed as part of the state court record. Specifically, Respondents have not filed transcripts of the following: (1) Petitioner's interview with Detective Roberts; (2) J.R.'s interview with Investigator Sheldon; and (3) J.R.'s interview with her mother, all of which were recorded on audio tape and played for the jury. (*See* ECF Nos. 23-1, 24-1, 25-1 (Ex. 41 (Tr. 167-69); Ex. 42 (Tr. 91-92); (Ex. 43 (Tr. 31)).) The Court is in need of those materials to evaluate the Petitioner's claims.

It is therefore ordered that within ten (10) days of the date of entry of this order, Respondents must supplement the record with the aforementioned transcripts, or file a notice indicating where in this Court's record those transcripts may be located.

///

DATED THIS 31st day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE