# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROMANO,<br><br>                      Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                      Respondents. | Case No. 3:14-cv-00187-MMD-WGC<br><br>ORDER |

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the Court for consideration on the merits. The Court previously ordered Respondents to supplement the record to include certain transcripts. Following further review of the record, it appears that Respondents also have not filed the jury instructions from Petitioner's trial. (*See* ECF No. 26-1 (Ex. 44 (Tr. 2)).) The Court is in need of the instructions to evaluate the Petitioner's claims.

It is therefore ordered that within ten (10) days of the date of entry of this order, Respondents must supplement the record with the jury instructions, or file a notice indicating where in this Court's record the instructions may be located.

DATED THIS 6th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE