UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROMANO,<br><br>                      Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                     Respondents. | Case No. 3:14-cv-00187-MMD-WGC<br><br>ORDER |

This is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by a Nevada state prisoner. On August 31, 2018, and September 6, 2018, the Court ordered Respondents to supplement the record with, respectively, the transcripts of three interviews played during the course of Petitioner's trial and the jury instructions used during Petitioner's trial. (ECF Nos. 51, 52.) The Court ordered Respondents to file each within ten days of its orders. On September 10, 2018, Respondents filed a motion for extension of time. (ECF No. 53.) Respondents seek an extension of time to and including October 10, 2018, to comply with the Court's orders.

While the Court understands that Respondents' counsel is out of the office this week and has other matters to attend to this month, the documents ordered by the Court are a part of the record in the underlying case and should have been included initially in the record filed with this Court. Thus, complying with the Court's order is only a matter of locating the requested documents and filing them with the Court, which should not take much time. Accordingly, the Court will grant Respondents a brief extension of time to supplement the record as directed.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 53) is granted in part. Respondents will have until the close of business on September 24, 2018, to supplement the record with the aforementioned materials.

DATED THIS 11th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE